# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wow Furniture Outlet Inc.

                            Plaintiff,

v.                                                           Case No.: 1:21−cv−04879

                                                            Honorable Matthew F. Kennelly

AmGUARD Insurance Company

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

        MINUTE entry before the Honorable Matthew F. Kennelly: This case is dismissed with prejudice and without costs pursuant to the parties' stipulation. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.